# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Darren D. Chaker

                    Plaintiff,

v.                                    Case No.: 1:07–cv–04593
                                            Honorable Charles P. Kocoras

American Recovery Systems, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 20, 2022:

      MINUTE entry before the Honorable Charles P. Kocoras: The Court's Order entered on 8/26/2021 [15] is vacated. Plaintiff's Motions to Seal Documents [10], [13], [17], [18] are granted. All documents filed under seal shall remain sealed. Plaintiff's Ex Parte Motion to Seal Records [11] is granted in part. The Clerk is ordered to change Plaintiff's name to "John Doe." The entire case file will not be sealed. Plaintiff's request for ruling [16] is denied as moot. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.